THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Tekoa Glover, Appellant,
 
 
 

v.

 
 
 
 South Carolina Department
 of Corrections, Respondent.
 
 
 

Appeal from the Administrative Law Court
 Ralph K. Anderson, III, Administrative
Law Court Judge

Unpublished Opinion No.  2012-UP-064
 Submitted January 3, 2012  Filed February
8, 2012

AFFIRMED

 
 
 
 Tekoa Glover, pro se.
 Christopher D. Florian, of Columbia, for
 Respondent.
 
 
 

PER CURIAM:  Tekoa
 Glover appeals the dismissal of his inmate disciplinary action by the
 Administrative Law Court (ALC), arguing the ALC's dismissal was premature and
 thus unlawful.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities: S.C. Code
 Ann. § 1-23-610(B) (Supp. 2010) (limiting reversal of the ALC's decision unless
 "in violation of constitutional or statutory provisions; . . . affected by
 other error of law; . . . [or] arbitrary or capricious or characterized by
 abuse of discretion or clearly unwarranted exercise of discretion"); Slezak
 v. S.C. Dep't of Corr., 361 S.C. 327, 331, 605 S.E.2d 506, 508 (2005) (holding
 the ALC has the discretion to summarily dismiss inmate grievance appeals that
 do "not implicate a state-created liberty or property interest"); Sandin
 v. Conner, 515 U.S. 472, 484 (1995) ("[State-created liberty]
 interests will be generally limited to freedom from restraint which . . .
 imposes atypical and significant hardship on the inmate in relation to the
 ordinary incidents of prison life.").[2]
AFFIRMED.
HUFF, PIEPER, and LOCKEMY,
 JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.
[2] To the extent Glover argues he was denied the
 opportunity to earn good time credit, we find the ALC's dismissal was proper.  See S.C. Code Ann. § 1-23-600(D) ("[The ALC] shall
 not hear an appeal from an inmate in the custody of the Department of
 Corrections involving the loss of the opportunity to earn
 sentence-related credits." (emphasis added)).